# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| **TRUSTEES OF THE IBEW LOCAL UNION NO. 129 HEALTH AND WELFARE FUND, ET AL.,** | CASE NO.: 1:08-CV-1327 |
| Plaintiffs, | Judge Christopher A. Boyko |
| vs. | |
| **GREAT LAKES COMMUNICATIONS, INC., ET AL.,** | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Defendants. | |

The parties hereby notify the Court that this matter is hereby dismissed, with prejudice, each party to bear its own costs and fees.

```
IT IS SO ORDERED.

S/CHRISTOPHER A. BOYKO
U.S. DISTRICT COURT JUDGE

SEPTEMBER 30, 2009
```

Respectfully Submitted,
*/s/ Amy L. Zawacki*

Amy L. Zawacki (0082683)
Allotta, Farley & Widman Co., LPA
2222 Centennial Rd.
Toledo, Ohio 43617
Telephone: (419) 535-0075
Facsimile: (410) 535-1935
Email: azawacki@afwlaw.com
*Attorney for Plaintiffs*

/s/ Brian J. Kelly
Brian J. Kelly (0063679)
**FRANTZ WARD LLP**
2500 Key Center
127 Public Square
Cleveland, Ohio 44114
(216) 515-1660 (Telephone)
(216) 515-1650 (Facsimile)
Email: bkelly@frantzward.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed electronically this 30th day of September, 2009. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Brian J. Kelly*
Attorney for Defendants